# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Sandra D. Moore**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00122-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill**,** | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 23, 2018 Order.

July 23, 2018

Frank G. Johns, Clerk
United States District Court